**3NITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
Western Division
Office of the Clerk

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

**NOTICE OF SETTING**
**Before Judge Thomas L. Parker, United States District Judge**

August 7, 2025

RE:   **2:24-cr-20073-1-TLP**
      USA v   **PATRIC J. FERGUSON**

Dear Sir/Madam:

A **SENTENCING** before **Judge Thomas L. Parker** has been **SET** for **THURSDAY, NOVEMBER 13, 2025 at 9:30 A.M. in Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.**

**\*The parties are instructed to notify the case manager immediately if they anticipate an evidentiary hearing lasting over an hour.\***

**The parties are also instructed to have present any witnesses who will be needed for this hearing.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:   *s/Sandra McClain*,
      Case Manager
      901-495-1317
      Sandra_mcclain@tnwd.uscourts.gov