IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

v.  No. 24-cr-20073-TLP

PATRIC FERGUSON,

          Defendant.

---

DEFENDANT'S OBJECTIONS/CORRECTIONS TO PRESENTENCE REPORT

---

COMES NOW the Defendant, Patric Ferguson, by and through counsel, C. Anne Tipton and Michael E. Scholl, pursuant to § 6A1.2 of the Sentencing Guidelines and this Court's local rules and respectfully asserts the following objection/corrections to the presentence report.

Defendant entered a plea of guilty in this matter on August 7, 2025. A presentence investigation report was compiled by the United States Office of Probation. Defendant has reviewed the report with counsel.

Defendant does not have any objections to the guideline calculations in this report. Defendant does make the following corrections/additions to the report.

1. Paragraph 4. Defendant would add that his family personally came to the precinct and spoke with Mr. Ferguson's supervisor regarding their grave concerns about Mr. Ferguson's mental health and suicidal ideation/comments. The family was assured it would be looked into and was quickly dismissed. Mr. Ferguson was required to take one

week off work and speak with a counselor. He complied and returned to his regular shift. No additional monitoring, counseling or other mental health services were provided to Mr. Ferguson.

2. Paragraph 25. Mr. Ferguson was suffering from extreme depression and was acutely suicidal at the time of the shooting. Any speculation or conjecture as to motive beyond this is just that speculation or conjecture and should be stricken from the report.

WHEREFORE, PREMISES considered, the Defendant respectfully submits his objection/corrections to the presentence report.

RESPECTFULLY SUBMITTED,

/s/ C. Anne Tipton
C. ANNE TIPTON 16317
Attorney for Defendant
253 Adams Avenue
Memphis, Tennessee 38103
901.529.8500

I, C. Anne Tipton, the undersigned attorney for Defendant, do hereby certify a true and exact copy of the foregoing document has been forwarded electronically to the United States Attorney or his assistant/agent by the ECF court system, this the 28 day of October 2025.

/s/ C. Anne Tipton
C. ANNE TIPTON